**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| SUMMIT EQUITY GROUP, LLC, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>SUMMIT PARTNERS, LP, )<br>)<br>         Defendant. )<br>) | Civil Action No. 4:07-cv-560<br><br>Judge Harold D. Vietor<br>Magistrate Ross A. Walters |

**PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff, Summit Equity Group, LLC, through it's counsel of record, hereby dismisses this action with prejudice, each party to bear its own costs and attorney fees.

DATED this 29th day of May, 2008.

Respectfully submitted,

/s/Christine Lebrón-Dykeman
Kirk M. Hartung
Christine Lebrón-Dykeman
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  hartung@ipmvs.com
Email:  lebrón-dykeman@ipmvs.com
Email:  mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF SUMMIT EQUITY GROUP, LLC*